**UNITED STATES DISTRICT COURT**
**for the District of New Jersey [LIVE]**
**Trenton, NJ**

TOWNSHIP OF HAZLET, et al.

          Plaintiff,

v.                 Case No.: 3:20−cv−03883−FLW−ZNQ

MATTHEW FITZPATRICK, et al.

         Defendant.

Clerk, Superior Court of New Jersey
Monmouth County Courthouse
71 Monument Park
Freehold, NJ 07728−1266

State No: MON−L760−20

**Dear Clerk of Court:**

 Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                Very truly yours,

                William T. Walsh, Clerk
                By Deputy Clerk, jdb

encl.
cc: All Counsel